FILED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

99 MAR 16 PM 1: 54

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| DALE GARDINER LEETH, AS | ) | |
| NATURAL GUARDIAN AND FRIEND | ) | |
| OF PATRICK GARDINER, | ) | |
| | ) | |
| Plaintiff, | ) | CV 98-PT-2238-M |
| | ) | |
| vs. | ) | |
| MULTI-INVESTMENTS, INC., et | ) | |
| al, | ) | |
| Defendants. | ) | |
| | ) | |

ENTERED

MAR 16 1999

## MEMORANDUM OPINION

This cause comes on to be heard on the Motion For Judgment On The Pleadings Or Alternatively, Motion For Summary Judgment of Defendants Leon Carmichael and Multi-Investments, Inc., filed on November 3, 1998, and the motion For Summary Judgment filed by defendant Volvo Trucks of North America, Inc. on January 19, 1999.

The motions are granted on the following alternative bases.

(1)     The product was not defective because defendants were not required to manufacture, sell or lease a product which could not injure a four year old child who was admittedly not authorized, under federal law, to be a passenger in the subject vehicle. This is the primary basis for the court's ruling.

(2)     It is highly questionable that defendants Carmichael and/or Multi-Investment (either or both) are in the business of selling or leasing so as to make them liable under the AEMLD. See also Fleming Farms v. Dixie Ag. Supply, Inc., 631 So. 2d 922 (Ala. 1994) and Townsend v. General

1

53

Motors Corp., 642 So. 2d 411 (Ala. 1994)(No superior knowledge to driver). *That of*

  (3)    Lack of admissible expert opinion.

  (4)    Contributory negligence of parents.

  (5)    Misuse of product. See (1) above.


This ___16TH___ day of ~~February~~ March, 1999.


ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

2